# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHAN HICKS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01187-LJO-SAB<br><br>ORDER DISREGARDING ECF No. 5, PLAINTIFFS' FIRST AMENDED COMPLAINT |

On October 12, 2017, Plaintiffs filed a first amended complaint. (ECF No. 4.) On October 13, 2017, Plaintiffs filed another copy of the first amended complaint. (ECF No. 5.) As the two first amended complaints are identical, the Court will disregard ECF No. 5. The Court notes that Plaintiffs' first amended complaint contains two different spellings of Ms. Hicks's name. If necessary, Plaintiffs should request to change the spelling of Ms. Hick's name on the docket. Also, the Court notes that Plaintiffs have named Christopher Gallo as a defendant in the caption, but Joseph Gallo as a defendant in the body of the first amended complaint.

Based upon the foregoing, it is HEREBY ORDERED that ECF No. 5, Plaintiff's first amended complaint, is DISREGARDED.

IT IS SO ORDERED.

Dated: __October 16, 2017__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1