# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHAN HICKS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, et al., <br><br> Defendants. | Case No. 1:17-cv-01187-LJO-SAB <br><br> ORDER VACATING JANUARY 17, 2018 HEARING |

Plaintiffs Athan Hicks and Kirk Robbins ("Plaintiffs") filed a civil rights complaint in this action pursuant to 42 U.S.C. § 1983 on September 4, 2017. Currently before the Court is Defendants County of Stanislaus ("County") and Christopher Gallo's motion to dismiss which was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (ECF Nos. 9, 10.)

The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on January 17, 2018, is HEREBY VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **January 10, 2018**

UNITED STATES MAGISTRATE JUDGE

1