# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHAN HICKS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01187-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING FIRST AMENDED COMPLAINT<br><br>(ECF Nos. 9, 13, 14, 16)<br><br>THIRTY DAY DEADLINE |

Plaintiffs Athan Hicks and Kirk Robbins ("Plaintiffs") filed a civil rights complaint in this action pursuant to 42 U.S.C. § 1983 on September 4, 2017. Defendants filed a motion to dismiss on December 8, 2017, which was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (ECF Nos. 9, 10)

On January 10, 2018, the magistrate judge filed a findings and recommendations recommending granting the motion to dismiss. (ECF No. 16.) The findings and recommendations was served on the parties and contained notice that any objections were to be filed within fourteen days (14) days from the date of service. The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed January 10, 2018, is ADOPTED IN FULL;
2. Plaintiffs' first amended complaint filed October 12, 2017 is DISMISSED;
3. Plaintiffs shall file a second amended complaint which properly identifies Defendant Gallo within thirty days from the date of entry of this order; and
4. If Plaintiffs fail to file a second amended complaint in compliance with this order this action shall be dismissed for failure to state a claim.

IT IS SO ORDERED.

Dated: **January 30, 2018**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE