# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHAN HICKS, et al., | Case No. 1:17-cv-01187-LJO-SAB |
| Plaintiffs, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| COUNTY OF STANISLAUS, et al., | ORDER VACATING ALL PENDING MATTERS AND DATES |
| Defendants. | (ECF No. 23) |

This action was filed on September 4, 2017. (ECF No. 1.) On July 10, 2018, Plaintiffs and Defendant Christopher Gallo, the only remaining named defendant, filed a stipulation dismissing Defendant Gallo without prejudice. (ECF No. 23.) Plaintiffs brought claims against Doe Defendants in their second amended complaint, but the Doe Defendants have not been named or served. The proposed order for the stipulation of dismissal indicates that the matter is dismissed without prejudice. (ECF No. 23-1.) Therefore, the Court construes the parties' stipulation and proposed order as a stipulation of voluntary dismissal of the entire action. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.

/ / /

/ / /

1

1      Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a). Further, all pending matters and dates are VACATED.

IT IS SO ORDERED.

Dated: **July 12, 2018**

                                              UNITED STATES MAGISTRATE JUDGE